# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## 2000 Drayton Drive
## Tallahassee, Florida 32399-0950
## Telephone No. (850)488-6151

April 11, 2017

**CASE NO.: 1D16-5205**
L.T. No.: 2016-CA-2052

Dr. Erwin D. Jackson        v.       Leon County Elections Canvassing Board, et al.

_____

Appellant / Petitioner(s),           Appellee / Respondent(s)

**BY ORDER OF THE COURT:**

Motion for en banc consideration, filed by respondent on November 21, 2016, is denied.

Rowe and Kelsey, JJ., concur. Makar, J., would grant the motion for rehearing en banc.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

| | | |
|---|---|---|
| Stephen M. Slepin | Dan R. Stengle | Louis C. Norvell |
| Charles B. Upton | Hon. Karen A. Gievers, Judge | Hon. Gwen Marshall, Clerk |

am

JON S. WHEELER, CLERK

